UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22729-BLOOM/Otazo-Reyes

RAJ PATEL,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On July 27, 2021, Plaintiff filed a Complaint, ECF No. [1] ("Complaint"), asserting a claim for "battery/assault through a bio-stress weapon and privileges and/or immunities I enjoy pursuant to the United States Constitution[.]" ECF No. [1] at 1. Plaintiff contends that his privacy is being violated and that his words are being used by others, including his professors at the University of Notre Dame and the federal government, as part of an overarching conspiracy targeting him. *Id*. at 6-8, 13. Plaintiff alleges further that "this enterprise was ongoing when I was enrolled at the University of Notre Dame Law School, from August 2015 to November 2017, in order to decrease my academic performance and social performance." *Id*. at 17. Otherwise, the Complaint does not allege any apparent connection to Florida or the Southern District of Florida.

Accordingly, it is **ORDERED AND ADJUDGED** that **no later than August 9, 2021**, Plaintiff must show cause why this case should not be transferred pursuant to 28 U.S.C. § 1404(a) to the Northern District of Indiana, where Plaintiff alleges the unlawful conduct in this case occurred.

Case No. 21-cv-22729-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 28, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Raj Patel, *pro se*
1239 Spring Lake Drive
Brownsburg, Indiana 46112